# Court of Appeals
# of the State of Georgia

ATLANTA,     May 06, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1119.  A15A1120.  ELLISON v. COOK.

Ingrid A. Ellison has filed a "Motion to Withdraw and Combine Appeals" in Case Nos. A15A1119 and A15A1120.  According to Ellison, her motion is filed pursuant to this Court's Rule 41 (g), which provides, "[w]henever appellant decides not to pursue an appeal, such party shall promptly file a motion for permission to withdraw the appeal."  Ellison represents that she has decided to "withdraw appeal and seek other legal remedies."

Ellison's motion is somewhat ambiguous as she also apparently requests that her appeals be combined under Case No. A15A1119, and then withdrawn.  We do not interpret Ellison's motion as a motion to withdraw Case No. A15A1120 under our Rule 41 (g) and to proceed with the appeal in Case No. A15A1119.  We previously granted Ellison's motion to extend the time for filing her appellant's brief in Case No. A15A1119 through March 30, 2015, but no appellant's brief has been filed to date in that case.  Nor has an appellant's brief been filed in Case No. A15A1120.  Thus, Ellison has not pursued either appeal.  Ellison's motion to withdraw also follows Cook's motions to dismiss Case Nos. A15A1119 and A15A1120 for Ellison's failure to timely file an appellant's brief in either case.

In view of the foregoing, we GRANT Ellison's motion to withdraw Case Nos. A15A1119 and A15A1120.  The motion is otherwise denied.  Cook's motions to dismiss are denied as MOOT.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___05/06/2015___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*